151 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JONA-
THAN G. CAVALUCCI (A/K/A JONATHAN GEORGE CAVALUC-
CI AND JONATHAN CAVALLUCCI), DEFENDANT-PETITION-
ER.

September 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001611-14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.